## OXNARD BROWN *vs.* JONAS M. KISTLER.

Submitted on briefs April 17, 1893.   Decided April 27, 1893.

Appeal by defendant, Jonas M. Kistler, from an order of the District Court of Hennepin County, *Charles M. Pond*, J., entered December 2, 1892, denying his motion for a new trial.

On February 25, 1892, the plaintiff, Oxnard Brown, recovered judgment in the Municipal Court of the City of Minneapolis against George W. Probst for $16.75. for goods sold him in that month.  A transcript of the judgment was filed, and the judgment docketed, in the District Court.  A writ of execution was issued and returned unsatisfied.  The remaining facts in this action are as stated in *Pillsbury-Washburn Flour-Mills Co.* v. *Kistler, ante,* p. 123.

*Day & Enches,* for appellant.

*C. E. Conant,* for respondent.

MITCHELL, J.   This case is ruled by *Pillsbury-Washburn Flour-Mills Co.* v. *Kistler, ante,* p. 123, (54 N. W. Rep. 1063.)

Order reversed.

VANDERBURGH, J., absent, took no part.

(Opinion published 54 N. W. Rep. 1064.)

Application for reargument denied May 9, 1893.